Todd A. Jones (Nevada Bar No. 12983)
tjones@mvjllp.com
Destiney J. Johnson (Nevada Bar No. 16416)
djohnson@mvjllp.com
MOKRI VANIS & JONES, LLP
8831 West Sahara Avenue
Las Vegas, NV 89117
Telephone:    818.261.0814
Facsimile:    949.226.7150

Attorneys for Defendants
ALI HASSAN AMIN and CEVA Freight, LLC.
(erroneously sued herein as CEVA Freight, LLC
dba CEVA Logistics, LLC)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCO A. CHAVEZ-RANGEL and SYDNEY A. RANGEL,<br><br>                    Plaintiffs,<br><br>v.<br><br>ALI HASSAN AMIN, CEVA FREIGHT, LLC., dba CEVA LOGISTICS, LLC.; ABDI MOHAMED aka PLATINUM GROUND SOLUTION, LLC; DOES 1-5 and ROE CORPORATIONS 6-10, inclusive, jointly and severally,<br><br>                    Defendants. | Case No.:   2:24-cv-01008-MMD-BNW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH

## PREJUDICE

Defendants ALI HASSAN AMIN, CEVA FREIGHT, LLC (erroneously sued as CEVA FREIGHT, LLC dba CEVA LOGISTICS, LLC), and ABDI MOHAMMED aka PLATINUM GROUND SOLUTION, LLC (collectively referred to as "Defendants"), by and through their counsel of record Mokri Vanis & Jones, LLP, and Plaintiffs MARCO A. CHAVEZ-RANGEL and SYDENY A. RANGEL (collectively referred to as "Plaintiffs"), by and through their counsel of record The Schnitzer Law Firm, ("Plaintiffs" and "Defendants" are sometimes collectively referred to as the "Parties"), hereby stipulate

that all claims, disputes, and differences have been resolved.  Subject to the Court's approval pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that Parties agree to dismiss this action, with each side bearing its own attorney's fees and costs incurred in this action.

**SO STIPULATED.**

Dated: December 2, 2025

**MOKRI, VANIS & JONES, LLP**

/s/ *Destiney J. Johnson*
Destiney J.  Johnson
Attorneys for Defendants
ALI HASSAN AMIN and CEVA Freight, LLC.
(Erroneously sued herein as CEVA Freight, LLC
dba CEVA Logistics, LLC), ABDI MOHAMED
aka PLATINUM GROUND SOLUTION, LLC

Dated: December 2, 2025

**THE SCHNITZER LAW FIRM**

/s/ *Jennifer A. DelCarmen*
Jennifer A. DelCarmen
Attorneys for Plaintiffs MARCO A. CHAVEZ-
RANGEL and SYDNEY A. RANGEL

1

## <u>ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE</u>

2

      Under Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs' claims against Defendants are

3

hereby dismissed with prejudice.  The Parties will bear their own costs, attorney's fees, and expenses.

4

5

**IT IS SO ORDERED**.

6

Dated:  <u>December 3, 2025</u>

                           _____

7

                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

**DISTRICT COURT CLARK COUNTY NEVADA**

**CASE NAME:**       **CHAVEZ-RANGEL v. AMIN**

**CASE NUMBER:**    **A-24-891778-C**

I hereby certify that on this 3rd day of December 2025, I served a true and correct copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE** by electronic service through EM/ECF to all parties on the Court's e-service list for the above-referenced matter.

*Mindy Ogden*
_____
Mindy Ogden

Jessica Parra Esq.                                    *Attorneys for Plaintiffs*
NV INJURY LAW, LLC                          *Marco A. Chavez-Rangel and Sydney A. Rangel*
3511 S. Eastern Avenue
Las Vegas, NV 89169
(702) 825-8000
jessica@nvinjurylaw.com
destiny@nvinjurylaw.com
reece@nvinjurylaw.com

Jordan P. Schnitzer, Esq.                       *Co-Counsel for Plaintiffs*
Jennifer DelCarmen, Esq.
THE SCHNITZER LAW FIRM
710 South 9th Street, Suite 2
Las Vegas, NV  89101
(702) 960-4050
Jordan@TheSchnitzerLawFirm.com
Jen@TheSchnitzerLawFirm.com
Melisa@TheSchnitzerLawFirm.com
Brenda@TheSchnitzerLawFirm.com